USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 7, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Nikolas Grigoriou

                            Plaintiff,                17 Civ. 1673

      - against -                         **DEFAULT JUDGMENT**

Elysian NY Corp. et al

                            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      This action having been commenced on  03/06/2017  by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant,  Elysian NY Corp. d/b/a Feta Bar and Grill , on  04/21/2017  by (STATE SPECIFICALLY HOW SERVICE WAS MADE ON DEFENDANT) personal service on  Sue Zouky, Authorized Agent , and a proof of service having been filed on  04/24/2017  and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED:  That the plaintiff have judgment against defendant, joint and severally in the liquidated amount of $ 251,681.57 with prejudgment interest from  01/04/2017  up to this date, for a total of $ 15,667.32; liquidated damages pursuant to the FLSA and NYLL; and statutory penalties.

Dated:  New York, New York
       07/07/2017

                                                _____
                                                      U.S.D.J.

                                             This document was entered on the docket
                                             on July 7, 2017.