```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 7, 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

Nikolas Grigoriou

                      Plaintiff,          17 Civ. 1673

   - against -                          **DEFAULT JUDGMENT**

Elysian NY Corp. et al

                      Defendant.
------------------------------------x

       This action having been commenced on __03/06/2017__ by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, __Stacy Pucillo__ on __05/03/2017__ by (STATE SPECIFICALLY HOW SERVICE WAS MADE ON DEFENDANT) personal service on __the door of the premises of the defendant__, and a proof of service having been filed on __05/12/2017__ and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

       ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant, joint and severally in the liquidated amount of $ __251,681.57__ with prejudgment interest from __01/04/2017__ up to this date, for a total of $ 15,667.32; liquidated damages pursuant to the FLSA and NYLL; and statutory penalties.

Dated:  New York, New York
          __07/07/2017__

                                                                        U.S.D.J.

This document was entered on the docket on July 7, 2017.